UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEBASTIAN RENOJ ORDONEZ,                              :
                                                     :
                              Petitioner,             :
                                                     :
              -v-                                     :            26 Civ. 407 (JPC)
                                                     :
KENNETH GENALO, *et al.*,                             :
                                                     :            ORDER
                              Respondents.            :
                                                     :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court, having examined the Petition in this action, which Petitioner filed under 28

U.S.C. § 2241, orders that:

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York that this Order has been issued.

       By January 22, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in

response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location.

Petitioner may file reply papers, if any, by January 29, 2026.  In preparing their papers, the parties

shall discuss whether, if the statutory provision under which the Government asserts the authority

to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this

Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y.

Jan. 14, 2026).

       SO ORDERED.

Dated: January 16, 2026
       New York, New York                     _____
                                                      JOHN P. CRONAN
                                                   United States District Judge