

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

| | | |
|---|---|---|
| *Brooks E. Doyne* | 970 Broad Street, Suite 700 | *main: (973) 645-2700* |
| *Assistant United States Attorney* | Newark, NJ 07102 | *direct:(973) 297-4390* |
| | brooks.doyne@usdoj.gov | |

January 30, 2026

**Via ECF**
Honorable Georgette Castner, U.S.D.J.
U.S. District Court for the District of New Jersey
402 E. State Street
Trenton, NJ 08608

       Re:   ***Ordonez v. Genalo, et al.*, No. 26-651**
              **Petitioner's Bond Hearing**

Dear Judge Castner:

      This Office represents Respondents in this habeas matter. We respectfully write, pursuant to the Court's January 22, 2026, Order, ECF No. 10, to confirm that Petitioner was provided the opportunity for a bond hearing on January 29, 2026. At that hearing, Petitioner withdrew the bond request. *See* Ex. A. In conferring with Petitioner's counsel, S. Michael Musa-Obregon, Esq., Petitioner requests one-week, until February 6, 2026, to confer with Petitioner as to how he wishes to proceed.

      Thank you very much for your attention to this matter.

                                                     Respectfully submitted,

It is so ordered this 2nd day                 TODD BLANCHE
of February, 2026.                                  U.S. Deputy Attorney General

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

                                           JORDAN FOX
                                           Chief of Staff & Associate Deputy
                                           Attorney General
                                           Special Attorney

                              By:    */s Brooks E. Doyne*
                                           BROOKS E. DOYNE
                                           Assistant U.S. Attorney
                                           *Attorneys for Respondents*